UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

DAVID WAYNE SEMIEN, AS THE
SUCCESSION REPRESENTATIVE
OF ARTHUR TOLSON, LEGAL
GUARDIAN OF ANTOINETTE TOLSON,
AND AGENT OF KAREN TOLSON,
KENNETH TOLSON, SR., KENNETH
TOLSON, JR., AND DELORIS TOLSON,
BEING ALL THE LIVING DECEDENTS
OF MELVIN B. TOLSON

VERSUS                          CIVIL ACTION NO. 17:432-SMH-KLH

HARPO FILMS, INC., THE WEINSTEIN
COMPANY, LLC, AND METRO-
GOLDWYN-MAYER DISTRIBUTION CO.

ORDER

_____CONSIDERING THE FOREGOING "Plaintiff's Motion to Remove Case from 'Stayed' Status,"

IT IS ORDERED that Plaintiff's motion be and it is hereby GRANTED, and that the stay is lifted from this case.

Monroe, Louisiana, this 8th day of January, 2019.

_____
HON. KAREN L. HAYES