UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID WAYNE SEMIEN | * | CIVIL ACTION NO. 17:432 |
| | * | |
| VERSUS | * | JUDGE: S. MAURICE HICKS |
| | * | |
| HARPO FILMS, INC. *et al.* | * | MAGISTRATE JUDGE: |
| | * | KAREN L. HAYES |

\* \* \* \* \* \* \* \* \* \* \*

### O R D E R

The Court having considered the motion by Defendants, Harpo Films, Inc., The Weinstein Company, LLC, and Metro-Goldwyn-Mayer Distribution Co.'s for leave to file a supplemental memorandum in support of their motion to dismiss the second amended complaint (docket document 28),

**IT IS ORDERED** that the motion is **GRANTED** and that the Clerk of Court shall file Defendants' supplemental memorandum in support of their motion to dismiss the second amended complaint into the record of this action.

Signed this 11th day of February, 2019, in Shreveport, Louisiana.

_____
S. MAURICE HICKS, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT